UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORT TOWNSEND SHIPWRIGHTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> F/V ROBIN BLUE, O.N. 59807, et al., <br><br> Defendants. | CASE NO. C20-5415 MJP <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH LOCAL RULE 39.1 |

This matter comes before the Court upon Plaintiff's Motion to Compel Compliance with Local Rule 39.1.  (Dkt. No. 19.)  Having read the Motion, the Response (Dkt. No. 20), and the Reply (Dkt. No. 21), the Court GRANTS the Motion and ORDERS the Parties to conduct mediation by **March 20, 2021**.

//

//

//

//

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated February 12, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH LOCAL RULE 39.1 - 2