HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORT TOWNSEND SHIPWRIGHTS, INC.<br><br>Plaintiff,<br>v.<br><br>F/V ROBIN BLUE, O.N. 59807, et. al.,<br><br>Defendants. | IN ADMIRALTY<br><br>No. 3:20-cv-05415 MJP<br><br>STIPULATED MOTION AND PROPOSED MOTION TO DISMISS WITH PREJUDICE |

## I. MOTION

Plaintiff and Defendants move to dismiss this complaint with prejudice. The case has now settled.

DATED this 28th day of April 2021.

STIPULATED DISMISSAL ORDER -1-

ZUANICH LAW PLLC
U.S. Bank Centre
1420 5th Avenue, Suite 2200
Seattle, WA 98101
(206) 829-8415

| | |
|---|---|
| By: /s/ Brian Christopher Zuanich<br>Brian C. Zuanich, WSBA #43877<br>ZUANICH LAW PLLC<br>U.S. Bank Centre<br>1420 5th Avenue, Suite 2200<br>Seattle, WA 98101<br>Tel.: 206.829.8415<br>E-mail: brian@zuanichlaw.com<br>Attorney for Defendants | /s/ Steven V. Gibbons<br>Steven V. Gibbons, WSBA #14028<br>GIBBONS & ASSOCIATES, P.S.<br>601 Union Street, Suite 2600<br>Seattle, WA 98101<br>Tel.: 206-381-3340<br>Email: svg@gibbonslawgroup.com<br>Attorney for Plaintiff |

## II. PROPOSED ORDER

This Court ORDERS that all claims are dismissed with prejudice and that each party is responsible for its fees and court costs incurred to date.

DATED this 3 day of May 2021

*[signature]*

HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT

Presented By: /s/ Brian Christopher Zuanich
Brian C. Zuanich, WSBA #43877
ZUANICH LAW PLLC
U.S. Bank Centre
1420 5th Avenue, Suite 2200
Seattle, WA 98101
Tel.: 206.829.8415
E-mail: brian@zuanichlaw.com
Attorney for Defendants

STIPULATED DISMISSAL ORDER -2-

ZUANICH LAW PLLC
U.S. Bank Centre
1420 5th Avenue, Suite 2200
Seattle, WA 98101
(206) 829-8415